No. 522. CROWDER, TRADING AS HARRIMAN BROADCAST-ING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Vincent A. Pepper* for petitioner. *Solicitor General Griswold* and *Henry Geller* for Federal Communications Commission, and *Arthur H. Schroeder* and *John B. Kenkel* for Folkways Broadcasting Co., Inc., respondents.

No. 524. BOARD OF TRUSTEES OF ARKANSAS A. & M. COLLEGE ET AL. *v.* DAVIS. C. A. 8th Cir. Certiorari denied. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for petitioners.

No. 529. OWENS *v.* TRAYNOR, DEPUTY COMMISSIONER, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied. *Joseph F. Lentz, Jr.,* for petitioner. *Solicitor General Griswold* for Traynor, and *Jesse Slingluff* for Bethlehem Steel Corp., respondents.

No. 530. ESTATE OF VARIAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Paul E. Anderson, Valentine Brookes,* and *Richard M. Leonard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Loring W. Post,* and *Jonathan S. Cohen* for respondent.

No. 532. DARLINGTON-HARTSVILLE COCA-COLA BOT-TLING CO., INC., ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *J. M. Walters* and *B. E. Geer, Jr.,* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Rogovin* for the United States.